```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

EDDIE CARTER, ET AL.                          CIVIL ACTION

VERSUS                                        NO: 11-1401

ST. JOHN BAPTIST PARISH                       SECTION: R(2)
SHERIFF'S OFFICE, ET AL.


**<u>ORDER AND REASONS</u>**

Before the Court is plaintiffs' motion for leave to file an affidavit in support of their opposition to defendants' motions for summary judgment.[1]  Because the Court finds that plaintiffs' proposed affidavit is inadequate, plaintiffs' motion is DENIED.

Under Federal Rule of Civil Procedure 56(c)(4), "[a]n affidavit or declaration used to support or oppose a motion must be made on personal knowledge, set out facts that would be admissible in evidence, and show that the affiant or declarant is competent to testify on the matters stated."  Fed. R. Civ. P. 56(c)(4).  The format of plaintiffs' proposed affidavit does not meet these requirements.  It is inadequate for plaintiffs to assert that "all allegations of fact" contained in the motion papers submitted by counsel are true.  The motion papers contain relevant and irrelevant facts, factual conclusions, mixed statements of law and fact, as well as legal conclusions.  Further, plaintiffs do not set forth the basis for their

---

[1]  R. Doc. 48.

respective knowledge of the facts to which each attest, nor do they list the particular facts.

To be considered competent summary judgment evidence, plaintiffs must set forth, in separate affidavits, the basis for the affiant's personal knowledge of the facts to which he is attesting and list, in separate paragraphs, the relevant facts that he asserts create an issue of material fact precluding summary judgment.

Accordingly, the Court DENIES plaintiffs' motion for leave to file an affidavit without prejudice to plaintiffs' right to reassert a motion for leave to file an affidavit in compliance with the dictates of this Order.

New Orleans, Louisiana, this 26th day of April, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE