UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDDIE CARTER, ET AL. | CIVIL ACTION |
| VERSUS | NO: 11-1401 |
| ST. JOHN BAPTIST PARISH SHERIFF'S OFFICE, ET AL. | SECTION: R(2) |

**ORDER**

Defendant objects to plaintiffs' proposed jury instruction on excessive force on the ground that no claim of excessive force has been asserted in this case. Plaintiffs did not list an excessive force claim in the Pre-trial Order. The "pre-trial order controls the scope and course of trial [and] a claim or issue not included in the order is waived, unless presented at trial without objection." *Arsement v. Spinnaker Exploration Co., LLC*, 400 F.3d 238, 245 (5th Cir. 2005); Fed. R.Civ. P. 16(e). Accordingly, plaintiffs are precluded from asserting this claim at trial.

New Orleans, Louisiana, this 4th day of June, 2012.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE